IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE WASHINGTON MARINA COMPANY**<br>**1300 Maine Avenue SW**<br>**Washington, DC 20024-2024** | * <br><br>* | |
|     **Plaintiff,** | * | |
| **vs.** | * | |
| **RODNEY G. PENNINGTON**<br>**12516 Blue Pond Terrace**<br>**Beltsville, MD 20705** | *<br><br>* | Case No.: 8:22-cv-3342 |
|     **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

THE WASHINGTON MARINA COMPANY, a District of Columbia corporation, Plaintiff, by Morgan T. Dilks, Max S. Stadfeld and RKW Law Group, its attorneys, sues the Defendant, RODNEY G. PENNINGTON, and for its cause of action, says:

1. Plaintiff is a District of Columbia corporation with its principal office in Washington, D.C.

2. Defendant is a resident of Prince George's County, Maryland.

3. On or about March 15, 2017, Plaintiff and Defendant entered into a 2017 License Agreement (hereinafter the "Contract") pursuant to which Plaintiff granted Defendant a license to use and keep his boat in a slip at Plaintiff's marina and provide related goods and services to Defendant at and for the fees and charges agreed to in the Contract.  A true and correct copy of the Contract is attached hereto as **Exhibit 1** and made a part hereof.

4. The Contract provided, <u>inter alia</u>, in Section 3 that Defendant would be sent a statement for slippage fees and any other charges due under the Contract and that "any amounts

appearing on the statement are due and payable immediately.  If the charges are not paid by the tenth (10) of the month, [Defendant] will be charged a $25.00 late fee or 5% of the amount due whichever is greater and will automatically be in default under this [Contract]. . . .  Accounts not paid when due are subject to a 1.5% monthly (18% A.P.R.) finance charge.  In the event it becomes necessary for [Plaintiff] to file suit or assign invoice(s) to an attorney. . . for collection, [Defendant] agrees to pay a reasonable attorneys' fee or collection fee, plus all applicable court costs and expenses of such collection efforts. . ."

5. Section 16 of the Contract provides, <u>inter alia</u>, that Defendant is in default of the Contract "if: 1. [Defendant] fails to comply with any term or condition specified by this [Contract]; . . . 3. the [Defendant] fails to make timely slippage payments as specified by this [Contract] . . . (b) If [Defendant] remains in default more than ten (10) days after [Plaintiff] has given written notice of the default to [Defendant], [Plaintiff] may exercise any and all remedies" available under the Contract or at law.

6. Section 21 of the Contract states, in part, that "In the event it becomes necessary for [Plaintiff] to exercise any of the remedies provided herein, [Defendant] agrees to pay [Plaintiff's] reasonable attorneys' fees or collection fees, plus all applicable court costs and reasonable expenses incurred by [Plaintiff] in pursuing such remedies. . ."

7. Plaintiff fully, completely, and properly performed all of its obligations to Defendant under the Contract; and Plaintiff sent Defendant monthly statements for slippage fees and all other charges properly payable by Defendant to Plaintiff pursuant to the Contract.

8. Defendant, in material breach of the Contract, failed and refused to pay Plaintiff the amounts which Defendant properly owes to Plaintiff pursuant to the Contract as of December 22, 2022 $239,405.96.

9.     Plaintiff has made demand upon Defendant for payment of the monies which Defendant owes to Plaintiff pursuant to the Contract, i.e., $239,405.96.  However, Defendant, after demand and in material breach of the parties' Contract, has failed and refused to pay Plaintiff the $239,405.96 which Defendant owes to Plaintiff pursuant to the parties' Contract.  A true and correct copy of Plaintiff's counsel's May 12, 2022 demand letter to Defendant is attached hereto as **Exhibit 2** and made a part hereof.

10.     Pursuant to the parties' Contract, in addition to the above-mentioned $239,405.96 which Defendant owes to Plaintiff, Defendant also owes Plaintiff the sum of $23,940.60 (10% of the aforementioned $239,405.96 which Defendant owes to Plaintiff) as and for reasonable attorneys' fees.

WHEREFORE, this suit is brought and Plaintiff claims of Defendant the sum of $239,405.96 as and for damages, $23,940.60 as and for contractually provided for attorneys' fees, plus pre-judgment interest, post-judgment interest, all costs of suit, and such other and further relief as the nature of Plaintiff's cause requires.

        */s/ Morgan T. Dilks*
Donald J. Walsh (Bar No. 09384)
Morgan T. Dilks (Bar No. 21385)
Max S. Stadfeld (Bar No. 05684)
RKW, LLC
10075 Red Run Blvd, Suite 401
Owings Mills, Maryland 21117
443.379.8941
443.379.4023 (fax)
dwalsh@RKWLawGroup.com
mdilks@RKWLawGroup.com
mstadfeld@RKWLawGroup.com
*Attorneys for The Washington Marina Company*